UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
―――――――――――――――――――――X
CARMAN WILLIAMS-MURRAY,

                Plaintiff,               (RUFE) 05-5749

v.

ANTHROPOLOGIE, et al.,               AFF. OF BIAS/PREJ.

                Defendants.
―――――――――――――――――――――X

**CARMAN WILLIAMS** hereby affirms as follows:

1. I am the Plaintiff in the above-captioned case and as such am fully familiar with the facts stated herein except as to any matters stated to be upon information and/or belief, and as to any such matters, I believe them to be true.

2. This Affidavit is being submitted in an effort to have the trial judge recused in this case

3. In an opinion by the Court, the Court failed to indicate that not only had I asserted non-receipt of documents purported to have been sent by the Clerk's Office, but I provided evidence (of postmarks and photocopies of the postmarked envelopes) in support of my representations.

4. Nevertheless, the Court failed to note that documentary evidence had been submitted in support of my claims. The Court continued to persist that my assertions were, upon belief, not true in spite of the documentary evidence that had been submitted via email to the Clerk's Office (PDF copies) as well as materials that had been faxed to

the Court and further, documents had also been sent, as memory serves me correctly, to the Court via snail mail.

5. Because the Court, Upon belief, is attempting to cast me as a liar, the Court persisted in alleging that the documents had been timely received by me (which had been sent by the Court), when in fact they had not been as the postmarked envelopes submitted to the Court clearly established.

6. Moreover, the Court a made a factual determination regarding the situation with mail delivery to my building. While a letter from the Post Office had been submitted that was dated in 2005, the problems with mail delivery in my building remain unresolved, and mail is routinely mis-delivered.

7. It is unclear to me how the Court concluded that the problems with the mail had been resolved when in fact they have not been, and the only explanation that makes sense to me is that the Court found in convenient – in an effort - upon belief – to try and portray me as dilatory – to suggest that the presumption of receipt had not been rebutted.

8. I believe adamantly that the judge in this case is biased, and should recuse herself from any further involvement in this action.

9. I believe as well from a reading of the decision that she has made some "factual" conclusions regarding the matter that gave rise to this lawsuit, and believe that such bent of mind precludes her ability to be fair and impartial in this case.

10. This is the second Affidavit of Bias submitted in this action.

11. I was also threatened by this judge with sanctions for alleged "misrepresentations' when there had been no misrepresentations and when I submitted documentary evidence

to substantiate my claims regarding non-receipt or untimely receipt of documents from the Court.

12. Such threats to a litigant - in the face of countervailing evidence - I believe - are inappropriate and inconsistent with a proper judicial demeanor and temperament.

13. I also believe this hostility and heavy-handedness is racially motivated because while I have never met or seen this judge, she is fully aware based upon the nature of the litigation (racial profiling and civil rights claims) that I am African-American.

14. As such, I respectfully request that the relief sought herein be granted and for such other and further relief as the Court deems just and proper.

15. It should also be noted that a summary judgment motion – predicated on admissions made by the Defendants pursuant to FRCP 36 was filed and the Court has to date not ruled on that motion to the best of my knowledge, information and belief, as I have not received anything from the Court with regard to that motion and I have requested a copy of the docket sheet to see what, if anything, has occurred or may have occurred in the past few months.

Dated:   New York, New York
         March 1, 2007

CARMAN WILLIAMS

Cert. of Service

Carman y Williams hereby certifies that a copy of the within Aff. of Bias on Defendants Counsel Patricia Cullen via F/C/M on Saturday, March 3, 2007 addressed to her at DBR 105 College Rd. East, Suite 300 Princeton, NJ 08542-0627

Carma Williams

FILED
MAR - 6 2007
MICHAELE KUNZ, Clerk
By_____ Dep. Clerk